IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA DALE TURNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COLANDERS DARRISAW, )<br>)<br>Defendant. ) | CASE NO. 1:20-cv-00143-JTA |

## **FINAL JUDGMENT**

Pursuant to the Joint Stipulation for Dismissal (Doc. No. 16) filed by the parties on October 19, 2020, and in consideration of Fed. R. Civ. P. 41(a)(1)(ii), it is the ORDER, JUDGMENT, and DECREE of the Court that

1. This action is hereby DISMISSED with prejudice.

2. The costs of this action should be taxed as paid.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 20th day of October, 2020.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE